UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER:

RAMON QUILES,

    Plaintiff,

vs.

ELL-GEE, INC., CLUB
MADONNA, INC., and LEROY GRIFFITH,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, ELL-GEE, INC., CLUB MADONNA, INC., and LEROY GRIFFITH (collectively "Defendants"), pursuant to 28 U.S.C. § 1441 and § 1446, file this Notice of Removal of the above captioned action presently pending in the Circuit Court of Miami-Dade County, Florida, Case Number: 16-018637 CA 01, and state as follows:

1. On or about July 20, 2016 Plaintiff filed a Complaint in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, Case Number: 2016-018637 CA 01.

2. The Complaint alleges violations of federal law, (the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and 29 U.S.C. § 215 (a)(3)) all of which allegedly occurred within the Southern District of Florida.

3. The above described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (Federal Question), and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441 (a)-(c).

4. Pursuant to 28 U.S.C. § 1446 (b), this Notice is being filed with this Court within thirty (30) days after service of the Complaint.

5.  In accordance with 28 U.S.C. § 1446 (d), written Notice of the Filing of this Notice of Removal will be given to the adverse party, and a copy of this notice will be filed with the Clerk of the Circuit Court in and for Miami Dade County, Florida, a copy of which is attached hereto as Exhibit "A." In accordance with 28 U.S.C. § 1446 (a), a copy of all process, pleadings and orders served upon the Defendants are attached hereto as Exhibit "B."

6.  Defendants ELL-GEE, INC., CLUB MADONNA, INC., and LEROY GRIFFITH consent to the removal of this action to the United States District Court, Southern District of Florida.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 6, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Joshua M. Entin, Esq.
Joshua M. Entin, Esquire

## ATTACHED SERVICE LIST

### RAMON QUILES vs. ELL-GEE, INC., CLUB MADONNA, INC., and LEROY GRIFFITH
Case No:
United States District Court, Southern District of Florida

**Lawrence J. McGuinness, Esquire**
*McGuinness & Gonzalez, P.A.*
*3126 Center Street*
*Miami, Florida 33133*
*Tel: (305) 448-9557*
*Fax: (305) 448-9559*
*E-Mail: ljmpalaw@netzero.com*
*Scheduling_ljmpa@comcast.net*
**Attorney for Plaintiff**