IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 16-018637 CA 01

RAMON QUILES,

    Plaintiff,

vs.

ELL-GEE, INC., CLUB MADONNA, INC., and LEROY GRIFFITH,

    Defendants.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that ELL-GEE, INC., CLUB MADONNA, INC., and LEROY GRIFFITH, (collectively "Defendants"), have on this date filed a Notice of Removal in the Office of the Clerk, United States District Court, Southern District of Florida, and a copy of said Notice is attached hereto as Exhibit "A." Pursuant to 28 USC § 1446 (d), there shall be no further proceedings by this Court unless and until the case is remanded therefrom.

## CERTIFICATE OF SERVICE

I certify that on September 6, 2016 I electronically filed the foregoing document with the Clerk of Court using E-Portal. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either transmission of Notices of Electronic Filing generated by E-Portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing to Lawrence J. McGuinness, Esq. (ljmpalaw@netzero.com) (scheduling_ljmpa@comcast.net).

**EXHIBIT "A"**

CASE NO.: 16-018637 CA 01

By:    /s/ Joshua M. Entin, Esq.
       JOSHUA M. ENTIN, ESQUIRE
       Fla. Bar No: 0493724
       ENTIN & DELLA FERA, P.A.
       633 S. Andrews Avenue, Suite 500
       Ft. Lauderdale, Florida 33301
       Tel: (954) 761-7201 Fax: (954) 764-2443
       *E-mail: josh@entinlaw.com*
       ***Attorney for Defendants***