UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV23825 FAM

RAMON QUILES

    Plaintiff,

vs.

ELL-GEE, INC., CLUB MADONNA, INC., and
LEROY GRIFFITH

    Defendants.
_____/

## DEFENDANTS WITNESS LIST

Defendants, ELL-GEE, INC., CLUB MADONNA, INC., and LEROY GRIFFITH (collectively "Defendants") by and through the undersigned counsel, pursuant to this Courts Scheduling Order Setting Trial hereby files their Trial Witness List.

| NO. | WITNESS | MAY (M) OR EXPECT ( E ) TO CALL |
|---|---|---|
| 1. | Plaintiff, Ramon Quiles c/o McGuiness & Gonzalez P.A. 3126 Center Street Coconut Grove, FL 33133 | E |
| 2. | Defendant, Leroy Griffith c/o Robert L. Switkes & Associates, P.A. 407 Lincoln Road, PHSE Miami Beach, FL 33139 305-534-4757 Owner and CEO of Ell-Gee Inc. and Club Madonna | E |
| 3 | Brenda Garcia c/o Robert L. Switkes & Associates, P.A. 407 Lincoln Road, PHSE | E |

|     |                                                                                                                                                    |     |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------- | --- |
|     | Miami Beach, FL 33139<br>Bookkeeper and Administrative Assistant of Club Madonna                                                                   |     |
| 4.  | Richard Riesenberg, CPA<br>Richard Risenberg Accounting Corp. 1451 W. Cypress Creek Rd. # 300<br>Ft. Lauderdale, FL 33309<br>954-334-5838          | E   |
| 5   | Dharham Maharaj<br>1321 Flamingo Way<br>Miami Beach, FL 33139<br>786-290-2060<br>Manager of Club Madonna during relevant period                    | E   |
| 6.  | Joe Corvea<br>18151 NE 31st Court<br>Aventura, FL 33160<br>917-348-5632<br>Manager of Club Madonna during relevant period                          | E   |
| 7.  | Michael Kalbach<br>381 Sheridan Street # 407<br>Dania Beach, FL 33004<br>305-788-8806<br>Manager of Club Madonna during relevant period            | E   |
| 8.  | Bruce Chiusano<br>1460 West Avenue Apt. 2<br>Miami Beach, FL . 33139<br>305-8902-7802<br>Manager of Club Madonna during relevant period            | E   |
| 9.  | Charles Branam Bailly<br>Unknown address- will be provided upon receipt<br>786-444-9213<br>Employee of Club Madonna during relevant period         | E   |
| 10. | Any and all witnesses listed by Plaintiff                                                                                                          | M   |
| 11. | All impeachment and rebuttal witnesses                                                                                                             | E   |

Respectfully Submitted,
s/Robert L.Switkes, Esq.
FBN: 241059
Robert L. Switkes & Associates, P.A.
407 Lincoln Rd. PHSE
Miami Beach, FL. 33139
Ph: 305-534-4757
Fax: 305-538-5504
E-Mail: rswitkes@switkeslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2017, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**s/Robert L. Switkes, Esq.**

## SERVICE LIST
United States District Court Southern District of Florida
Quiles v. Ell-Gee, Inc. et.al.
Case No. 16-CV-23825 FAM

Counsel for Plaintiff
Lawrence J. McGuinness
McGuinness & Gonzalez, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel: 305-448-9557
Fax: 305-448-9559
Email: ljmpalaw@netzero.com