UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-23825-FAM

RAMON QUILES,

       Plaintiff,

vs.

ELL-GEE, INC., CLUB MADONNA, INC.,
and LEROY GRIFFITH,

       Defendants.
_____/

## JOINT RETRIAL STIPULATION

The Parties, by and through their respective undersigned counsel, and pursuant to the Court's Scheduling Order Setting Trial [D.E. #5], hereby file the following as their Joint Pretrial Stipulation:

**1.   Concise Statement of the Case**

    **A.   Plaintiff's Statement.**

Plaintiff filed a three-count complaint against Defendants Ell-Gee, Inc., Club Madonna, Inc., and Leroy Griffith, seeking to recover owed minimum wages and overtime pay from Defendants, as well as damages for retaliatory discharge from his employment pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff's complaint arises from his employment as a Limo Driver from January 2014 through July 10, 2016, advertising Defendant Club Madonna, Inc., in Miami Beach, Florida. Plaintiff alleges that during his employment, Defendants failed to properly

compensate him for all of his hours of work including any overtime, and that when he complained to Defendants about being improperly paid, he was fired in retaliation. Plaintiff is seeking to recover as damages all unpaid minimum wages, overtime premium pay for all hours worked over 40 per week, and lost wages for the time that he was out of work after he was fired.

    B.    **Defendants' Statement.**

Defendants deny Plaintiff's allegations and assert that Plaintiff was properly paid for all his hours of work, including overtime. Defendants further assert that Plaintiff was not fired in July 2016, but rather made his own decision to quit.

**2.    Basis of Federal Jurisdiction**

This Court has jurisdiction over this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), and federal question jurisdiction, 28 U.S.C. §1331.

**3.    Pleadings Raising the Issues**

The pleadings raising the issues are the Complaint [D.E. #1-2] and Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint [D.E. #4].

**4.    List of All Undisposed Motions or Other Matters Requiring Action by the Court**

    a.    Plaintiff's Motion for Partial Summary Judgment [D.E. #19].

    b.    Defendants' Motion for Extension of Pretrial Deadlines and to Reset Trial Date [D.E. #30].

**5.    Concise Statement of Uncontested Facts Which Will Require No Proof at Trial**

    a.    Plaintiff is, and at all relevant times has been, a resident of Miami-Dade County, Florida.

    b.    Plaintiff was a non-exempt employee of Defendants Ell-Gee, Inc., as a Limo Driver, advertising Defendant Club Madonna, Inc., in Miami Beach, Florida.

    c.      Plaintiff's regular pay rate throughout his employment was $10.00 per hour.

    d.      Defendant, Ell-Gee, Inc., is a Florida corporation doing business in Miami-Dade County, Florida.

    e.      Defendant, Club Madonna, Inc., is a Florida corporation doing business in Miami-Dade County, Florida.

    f.      Defendant, Leroy Griffith, is a resident of Miami-Dade County, Florida and is an owner of Ell-Gee, Inc., and Club Madonna, Inc.

**6.** **Statement of Issues of Fact Which Remain to Be Litigated at Trial**

    a.      Whether Defendant Leroy Griffith was Plaintiff's employer under the FLSA.

    b.      Whether Defendants Ell-Gee, Inc., and/or Club Madonna, Inc., are enterprises engaged in commerce or in the production of goods for commerce.

    c.      Whether Defendants are a joint enterprise for purposes of the FLSA.

    d.      Whether Defendants owe Plaintiff minimum wages for any hours of work up to 40 per week, and if so, how much.

    e.      Whether Defendants owe Plaintiff overtime pay for any hours of work over 40 per week, and if so, how much.

    f.      Whether Plaintiff worked overtime, and if so, how much.

    g.      Whether Plaintiff engaged in protected activity under the FLSA.

    h.      Whether Plaintiff was fired from his employment with the Defendants in July 2016.

    i.      Whether Plaintiff's protected activity was a motivating factor in Defendants' decision to terminate Plaintiff's employment.

    j.      Whether Defendants' stated reasons for Plaintiff's termination are pretextual.

    k.      Whether Plaintiff is entitled to damages, and if so, how much.

    l.      Whether Defendants' actions and/or omissions were in good faith.

7. **Statement of the Issues of Law on Which There is Agreement**

    a.    The Court has jurisdiction over this matter.

    b.    The FLSA requires that a non-exempt employee be paid at least minimum wage for all hours of work up to 40 per week and time and one-half times the employee's regular rate of pay for all hours of work over 40 per week.

8. **Issues of Law Remaining for Determination by the Court**

    a.    Whether Plaintiff is entitled to recover liquidated damages under the FLSA.

9. **Each Party's Numbered List of Trial Exhibits**

    a.    Plaintiff's Exhibit List is attached as Exhibit A.

    b.    Defendants' Exhibit List is attached as Exhibit B.

10. **Each Party's Numbered List of Trial Witnesses**

    a.    Plaintiff's Witness List is attached as Exhibit C.

    b.    Defendants' Witness List is attached as Exhibit D.

11. **Estimated Trial Time**

The estimated time for trial is three (3) days.

12. **Estimated Amount of Properly Allowable Attorney's Fees**

Plaintiff estimates his attorney's fees through trial will be approximately $55,000.00.

Dated this 21st day of March, 2017.

Respectfully Submitted,

/s/ Lawrence J. McGuinness
Fla. Bar No. 814611
McGuinness & Gonzalez, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
*ljmpalaw@netzero.com*
*scheduling_ljmpa@comcast.net*

*Counsel for Plaintiff*

/s/ Robert L. Switkes
Fla. Bar No. 241059
rswitkes@switkeslaw.com
Bradley F. Zappala, Esq.
bzappala@switkeslaw.com
David Acosta, Esq.
dacosta@switkeslaw.com
Robert L. Switkes & Associates, P.A.
407 Lincoln Road, Penthouse SE
Miami Beach, FL 33139
Tel. (305) 534-4757
Fax. (305) 538-5504

*Counsel for Defendants*