UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-23825 FAM

RAMON QUILES

    Plaintiff,

vs.

ELL-GEE, INC., CLUB MADONNA, INC., and
LEROY GRIFFITH

    Defendants.
_____/

## DEFENDANTS' AMENDED EXHIBIT LIST

Defendants, ELL-GEE, INC., CLUB MADONNA, INC., and LEROY GRIFFITH (collectively "Defendants") by and through the undersigned counsel, pursuant to this Courts Scheduling Order Setting Trial hereby files their Trial Exhibit List.

| DEFENDANT EX. NO. | DESCRIPTION OF EXHIBIT | EXPECT OR MAY BE USED AT TRIAL |
|---|---|---|
| 1. | Plaintiff's Complaint | E |
| 2. | Defendants' Answer & Affirmative Defenses | E |
| 3 | Checks made payable to Plaintiff from Ell-Gee Inc. | E |
| 4. | Payroll Checks to Plaintiff from Club Madonna | E |
| 5 | Deposition of Ramon Quiles in the instant matter | E |
| 6. | Video Deposition of Dharam Maharaj | |
| 7. | Parking Violations | E |
| 8. | All exhibits listed by Plaintiff | M |

| 9. | All impeachment and rebuttal exhibit, if needed | M |

Respectfully Submitted,
s/Robert L.Switkes, Esq.
FBN: 241059
Robert L. Switkes & Associates, P.A.
407 Lincoln Rd. PHSE
Miami Beach, FL. 33139
Ph: 305-534-4757
Fax: 305-538-5504
E-Mail: rswitkes@switkeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**s/Robert L. Switkes, Esq.**

## SERVICE LIST
United States District Court Southern District of Florida
Quiles v. Ell-Gee, Inc. et.al.
Case No. 16-CV-23825 FAM

Counsel for Plaintiff
Lawrence J. McGuinness
McGuinness & Gonzalez, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel: 305-448-9557
Fax: 305-448-9559
Email: ljmpalaw@netzero.com