UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23825-CIV-MORENO

RAMON QUILES,

       Plaintiff,

vs.

ELL-GEE, INC., CLUB MADONNA, INC.,
and LEROY GRIFFITH,

       Defendants.
_____/

## ORDER DISMISSING COUNT I FOR UNPAID MINIMUM WAGES

THIS CAUSE came before the Court upon Plaintiff's statement in open court on Monday, April 17, 2017 dismissing Count I for Unpaid Minimum Wages.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Count I for Unpaid Minimum Wages is DISMISSED.

DONE AND ORDERED in open court at Miami, Florida, this ___17___ of April 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record