UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23825-CIV-MORENO

RAMON QUILES,

    Plaintiff,

vs.

ELL-GEE, INC., CLUB MADONNA, INC.,
and LEROY GRIFFITH,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on April 18, 2017, judgment is entered in favor of the Defendants Ell-Gee, Inc., Club Madonna, Inc., and Leroy Griffith and against Plaintiff Ramon Quiles.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of April 2017.

                                                   FEDERICO A. MORENO
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record