UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23825-CIV-MORENO

RAMON QUILES,

        Plaintiff,

vs.

ELL-GEE, INC., CLUB MADONNA, INC.,
and LEROY GRIFFITH,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO TAX COSTS

THIS CAUSE came before the Court upon Defendants' Motion to Tax Costs **(D.E. 63)**, filed on **May 18, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of May 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record